

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton 312-435-5670
Clerk

Date: 12/19/2022

**Addressee Information:**

**William Henry Beaumont**
Beaumont Costales LLC
107 W. Van Buren
#209
Chicago, IL 60605

RE:  Najera et al v. PlanetArt, LLC
USDC Case Number: 22CV7106

Dear Counselor:

The records of this office indicate that on 12/16/2022 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 2022CH11155. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

        Sincerely,
        Thomas G. Bruton, Clerk

        By: /s/ Jannette Nunez
            Deputy Clerk

Enclosure

Rev. 09/23/2016