**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LUCIA NAJERA, SANDRA RODRIGUEZ, ANGELICA RAMOS, and VIRGINIA GONZALEZ individually and on behalf of other persons similarly situated, | ) ) ) ) ) | Case No. 1:22-cv-7106 |
| Plaintiffs, | ) ) | |
| | ) | Hon. Manish S. Shah |
| v. | ) ) | |
| PLANETART, LLC, | ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION

Plaintiffs Lucia Najera, Sandra Rodriguez, Angelica Ramos, and Virginia Gonzalez ("Plaintiffs") and Defendant PlanetArt, LLC ("Defendant" or "PlanetArt") (together, the "Parties"), hereby jointly move this Honorable Court for a 60-day stay of these proceedings pending the Parties' private mediation efforts. In support of their Joint Motion, the Parties state as follows.

1.      Plaintiffs filed their Complaint on November 14, 2022, in the Circuit Court of Cook County, Illinois. PlanetArt was served with a copy of the Complaint and Summons on November 16, 2022.

2.      On December 16, 2022, PlanetArt filed its Notice of Removal in this Court.

3.      Pursuant to this Court's January 30, 2023 Order (Dkt. 17), PlanetArt's responsive pleading to Plaintiffs' Complaint is currently due February 27, 2023, and the Parties' joint initial status report is due March 3, 2023.

4.      During its investigation into the allegations in the Complaint, PlanetArt determined that there are several material and complicating facts to consider for the four named Plaintiffs and

the putative class members (e.g. the named Plaintiffs are employees of temporary staffing agencies, not of PlanetArt, and hundreds of putative class members executed consents and arbitration agreements). PlanetArt has conferred with Plaintiffs' counsel regarding these complicating factors.

5.      In an effort to explore early resolution of this matter, the Parties have agreed to privately mediate this case.

6.      To maximize efficiency and conserve resources, and to permit the Parties to better focus their efforts on preparing for the upcoming mediation and attempting to resolve this litigation, the Parties respectfully request a temporary 60-day stay of the existing deadlines.

7.      The Parties make this request in good faith and not for purposes of delay.

WHEREFORE, Plaintiffs and Defendant PlanetArt jointly and respectfully request that the Court enter an Order: (1) granting this Joint Motion; (2) staying proceedings in this matter for 60 days; and (3) directing the Parties to submit a joint status report by April 28, 2023, updating the Court on the status of mediation efforts and how the Parties propose the litigation proceed.

Dated:  February 27, 2023                    Respectfully submitted,


LUCIA NAJERA, SANDRA                    PLANETART, LLC
RODRIGUEZ, ANGELICA RAMOS,
and VIRGINIA GONZALEZ
individually and on behalf of other
persons similarly situated

By: /s/ Robert Luis Costales              By: /s/ Melissa A. Siebert


Roberto Luis Costales                     Melissa A. Siebert
William H. Beaumont                       Tara D. Kennedy
BEAUMONT COSTALES LLC                     SHOOK, HARDY & BACON L.L.P.
107 W. Van Buren, Suite 209               111 South Wacker Drive, Suite 4700
Chicago, IL 60605                         Chicago, IL 60606
Tel: (773) 831-8000                       Tel:  (312) 704-7700
                                          Fax:  (312) 558-1195

rlc@beaumontcostales.com             msiebert@shb.com
whb@beaumontcostales.com             tkennedy@shb.com

*Attorneys for Plaintiffs*            *Attorneys for Defendant PlanetArt, LLC*

## CERTIFICATE OF SERVICE

I, Melissa A. Siebert, an attorney, hereby certify that on **February 27, 2023**, I caused a

true and correct copy of the Parties' **JOINT MOTION TO STAY PROCEEDINGS PENDING**

**MEDIATION** to be electronically filed with the Court via the Court's ECF system, which will

serve notice of filing on all counsel of record.


                     */s/ Melissa A. Siebert*
                     Melissa A. Siebert