# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUCIA NAJERA, *et al.*, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PLANETART, LLC,<br><br>Defendant. | Case No.: 1:22-cv-07106<br><br>Hon. Manish S. Shah |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed without prejudice. Each party is to bear their own costs and attorneys' fees.

Dated: July 19, 2023

| | |
|---|---|
| *By: /s/ William H. Beaumont* | */s/ Melissa A. Siebert* |
| Attorney for Plaintiffs | Attorney for Defendant |
| | |
| William H. Beaumont (#6323256) | Melissa A. Siebert (#6210154) |
| BEAUMONT COSTALES LLC | Cozen O'Connor |
| 107 W. Van Buren, Suite 209 | 123 N. Wacker Drive, 18th Fl. |
| Chicago, IL 60605 | Chicago, IL 60606 |
| Telephone: 773 831-8000 | Tel: (312) 382-3100 |
| whb@beaumontcostales.com | msiebert@cozen.com |