# UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lucia Najera, et al.
                                    Plaintiff,

v.                                                            Case No.: 1:22−cv−07106
                                                                     Honorable Manish S. Shah

PlanetArt, LLC
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 20, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [30], this case is dismissed without prejudice. Each party is to bear their own costs and attorneys' fees. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.